Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 11–44751–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ralph W Eachus                           Tara A Chatterton
37 Pine Road                             aka Tara A. Eachus
Gibbsboro, NJ 08026                      37 Pine Road
                                         Gibbsboro, NJ 08026

Social Security No.:
  xxx–xx–4775                            xxx–xx–2399

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 18, 2017</u>           <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court